IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL TODD REVERE, JR. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:19cv399-MHT |
| | ) | (WO) |
| EUGENE W. REESE, | ) | |
| | ) | |
| Defendant. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) The United States Magistrate Judge's recommendation (doc. no. 12) is adopted.

(2) Plaintiff's claims for damages against the defendant are dismissed with prejudice.

(3) Plaintiff's claims for declaratory or injunctive relief against the defendant are dismissed with prejudice.

(3) To the extent plaintiff challenges the constitutionality of the convictions and sentence imposed upon him in April 2016 by the Circuit Court for Montgomery County, Alabama, his claims are dismissed without prejudice, as those claims are not properly before the court at this time.

No costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 13th day of March, 2020.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**